IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **Barkley, Inc.,** | ) | Case No. 13-1013-CV-W-JTM |
| | ) | |
| Plaintiff, | ) | Date: December 4, 2014 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Gabriel Brothers, Inc., et al.,** | ) | Page 1 of 1 |
| | ) | |
| Defendant. | ) | |

## MINUTES OF FINAL PRETRIAL CONFERENCE

Hon. John T. Maughmer presiding at Kansas City, Missouri
===================================================================
Nature of Proceeding: Final pretrial conference

Time Commenced: 10:30 A.M.    Time Terminated: 11:30 A.M.    Total Time: 1 hr.

Plaintiff by: David Frye        Defendant by: Jason Scheiderer, Jonathon Steel, Jackie Whipple

| | |
|---|---|
| **Exhibits Admitted/ Remarks:** Parties appear ready to proceed with pretrial conference @ 10:42. Court issues provides preliminary rulings in advance of trial regarding motions in limine and objections to deposition designations. Discussion regarding permissible parameters of expert testimony. Court excludes testimony of defendants' expert Hanlon. Pltf's counsel represents that plaintiff's expert Meers will not be called. Discussion regarding use of demonstrative exhibits.<br>Off the record discussion of initial jury instructions, potential atty fee issue and likelihood of trial interruption due to family illness. | **Witness Testifying** |
| | |

**Court Recessed at:** 11:30 A.M.

Court Reporter: Kerry Martinez, ERO        /S/    Pamela Alexander
                                           Pamela Alexander, Law Clerk